In the Matter of SYLVIE GRIMM, Respondent, v STATE OF NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL OFFICE OF RENT ADMINISTRATION, Appellant, and 151 OWNERS CORP., Intervenor-Appellant.

Submitted July 26, 2010; decided August 26, 2010

Motion by Rent Stabilization Association of New York City, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of SYLVIE GRIMM, Respondent, v STATE OF NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL OFFICE OF RENT ADMINISTRATION, Appellant, and 151 OWNERS CORP., Intervenor-Appellant.

Submitted August 2, 2010; decided August 26, 2010

Motion by Community Housing Improvement Program of New York, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.